UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-cv-1072 HHK |
| : | |
| WASHINGTON METROPOLITAN AREA : | |
| TRANSIT AUTHORITY, *et al.* : | |
| : | |
| **Defendants.** : | |

## NOTICE OF DISMISSAL

The Plaintiff, Abdul Wahab Qari, by and through his attorneys, Steven J. McCool, Joseph T. Mallon, Jr. and Mallon & McCool, LLC, hereby notifies the Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that Plaintiff dismisses his causes of action brought against Antoinette Deborah Williamson. Undersigned counsel represents to the Court that the Complaint in this action has not been served upon Ms. Williamson.

Respectfully submitted,

MALLON & McCOOL, LLC


By: _____/s/_____
Steven J. McCool, Esquire
DC Bar No. 429369
Joseph T. Mallon, Jr.
D.C. Bar No. 441376
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202
Phone: (410) 727-7887
Fax:   (410) 727-4770

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of September 2006, a copy of the foregoing was served via the Court's electronic filing system upon:

Janice L. Cole    :  
Associate General Counsel, WMATA  :  
600 Fifth Street, N.W.   :  
Washington, D.C. 20001  :  

and         :  
            :  
ANTOINETTE DEBORAH WILLIAMSON :  
5290 Marlboro Pike, Apt 403  :  
Capitol Heights, Maryland 20743  :  
(by U.S. Mail only)

_____  
STEVEN J. McCOOL