UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI,<br><br>             Plaintiff,<br><br>      v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br>et al.,<br><br>             Defendants. | Civil Action 06-01072<br>(HHK) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE
JUDGE DEBORAH ROBINSON FOR THE PURPOSE OF MEDIATION**

It is this 17th day of November, 2006, hereby

**ORDERED** that the above-captioned case be and is hereby referred to United States Magistrate Judge Robinson for the purpose of conducting mediation proceedings to commence no sooner than February 1, 2007, and conclude by April 1, 2007.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge