UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL WAHAB QARI** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01072-HHK |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT WMATA'S 26(a)(2) STATEMENT

Pursuant to Superior Court Civil Rule 26(b)(4), Defendant WMATA respectfully submits the following list of expert witnesses, including areas of expertise, proposed testimony and the bases therefor:

1) Dr. Richard H. Conant, M.D., Chevy Chase Building, 5530 Wisconsin Ave, Suite 604, Chevy Chase, MD 20815-4470 , phone number 301-657-9876.

Dr. Conant is a medical doctor specializing in orthopaedics and orthopaedic surgery. Based on his examination of Plaintiff's medical records, interrogatory answers and deposition testimony, Dr. Conant will testify regarding the degree of injury, including issues of any permanency, suffered by Plaintiff attributable to the incident mentioned in the Complaint, as well as the necessity of treatment and the reasonableness thereof. More specifically, Dr. Conant will testify that Plaintiff suffered at most, mild soft tissue injuries from this accident, and that any current complaints of back pain are not related to this accident; therefore, Plaintiff has no permanent injury as a result of this incident and no need for any future treatment   Dr. Conant will also testify that there was no causal relation between the medical necessity of Plaintiff's

electro-diagnostic testing, Plaintiff's DEXA bone scan and pre-mature soft tissue corticosteroids injections and this accident. Dr. Conant will also testify that Dr. Azer's charges in this matter exceed the mandatory guidelines established by the Federal Medicare program and that Dr. Azer is prohibited by law from accepting any additional monies beyond the level of reimbursement set by the Medicare program. Additionally, Dr. Conant will testify that Plaintiff should not have been out for more that 2 weeks from work for the type of injury documented in the Plaintiff's medical records.

Dr. Conant charges $385/hour and billed three hours of time in this matter for his review of the records and writing his report. Dr. Conant's report, Curriculum Vitae and list of the last four years of court testimony are attached hereto in Exhibit 1, pursuant to the Rules of this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

__/s/ _____
Janice L. Cole
Associate General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2543

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's 26(a)(2)** was sent by first class mail this 5th of March 2007 to:

Steven J. McCool #429369
Daniel McNamara
Mallon and McCool LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006
(202) 393-7088

_/s/_____
Janice L. Cole