| | | |
|---|---|---|
| American Board of<br>Orthopaedic Surgery | | American Academy of<br>Orthopaedic Surgeons |

**Richard H. Conant, M.D., F.A.C.S.**

*Chevy Chase Building*
*5530 Wisconsin Avenue · Suite 1660*
*Chevy Chase, Maryland · 20815-4430*

*301-657-9876 · (Fax) 664-5979*

## PEER REVIEW

**Re:** Abdul Wahab Qari
**D/Injury:** 12/30/2004
**D/Review:** 03/01/2007
**Civil Action No.:** 06-CV-1072

Medical records and billing statements from The Metropolitan Washington Orthopaedic Association and Allied Subspecialties/The Physical Medicine Rehabilitation Center, Mr. Qari's answers to Interrogatories, and pages 46-69 of Deposition testimony of Mr. Qari (January 23, 2007) have been provided for review.

**INTRODUCTION:** On December 30, 2004, Abdul Wahab Qari, then a 69-year-old taxi driver, was involved in a motor vehicle accident with a Metro bus in Washington, D.C. After driving a female passenger to her home, Mr. Qari returned to his own residence without pursuing any medical attention until January 3, 2005.

**PAST MEDICAL HISTORY:** In his deposition testimony, Mr. Qari, a diabetic, indicated that prior to this motor vehicle accident, he "maybe had some back problem, maybe had a shoulder problem, maybe had some other problem. My body was in pain, but never was as serious pain as much as during the time of this accident... About 13 or 14 years ago, I went to a place and take an MRI to find out if I had a, you know, any problem with my back or whatever, you know [sic]."

**PRESENT ILLNESS:** On January 3, 2005, without having made any effort to contact his primary care physician, Mr. Qari presented to the Metropolitan/Washington Orthopaedic Association for a consultation with Rida N. Azer, M.D., regarding "pain in the neck, lower back, left shoulder, and left shoulder blade since December 30, 2004." There were no recorded neurological symptoms. Except for subjective hypoesthesia "over the left median nerve distribution, over the left C6-C7 distribution... and over the left and right S1 distribution," Dr. Azer recorded no focal neurological deficits. Radiographic studies of the cervical and lumbar spines, pelvis, left shoulder, and left scapula revealed no fractures or dislocations.

After recording diagnoses of "acute cervical strain with cervical radiculopathy versus traumatic compression neuropathy and double crush injury, traumatic tendonitis, left shoulder with traumatic left subscapular bursitis, and acute lumbosacral strain, rule out herniation, L5-S1, discharge from further attendance," Dr. Azer initiated a "conservative

Peer Review
Abdul Wahab Qari
March 1, 2007
Page Two

care protocol," performed lumbar paravertebral and left suprascapular nerve blocks, advised him to see a neurologist, and recommended that he return in three weeks.

On January 6, 2005, Mr. Qari initiated treatment at The Physical Medicine Rehabilitation Center of the Metropolitan Washington Orthopaedic Association. The recorded assessment was that of "scapular and lumbosacral strain with poor spinal mobility, poor flexibility, limited hip mobility, and overall deconditioning of muscular with faulty posture and alignment." Mr. Qari was "showing improvement" by the time he attended his eighth treatment session on January 28, 2005.

There was no documentation that Mr. Qari pursued any neurological consultation. On January 11, 2005, Christine B. Lenchert, MPT, a physical therapist in The Physical Medicine Rehabilitation Center, submitted a report of electrodiagnostic studies that she had performed on January 11, 2005. "Findings compatible with right carpal tunnel syndrome and bilateral L5-S1 radiculopathy, left greater than right" were recorded.

No subsequent medical records have been provided for review. According to billing statements, Mr. Qari was re-evaluated (probably by Dr. Azer) on February 7, 2005. In his deposition, Mr. Qari testified that at the time of that visit, the examiner had informed him of "no more problem... now you okay and now I don't see him again. [sic]"

Mr. Qari indicated that, on the advice of Dr. Azer, he remained out of work for one month. After resuming his taxi driving occupation, he experienced some pain in his back in cold weather or after "eight or nine hours, sometimes ten hours." He stated that Tylenol relieved any discomfort.

**OPINION:** Based on the information contained in the above-referenced medical records and legal documents, it is my opinion that as a result of the motor vehicle accident of December 30, 2004, Mr. Qari sustained, at most, mild soft tissue injuries with no neurological or spinal involvement, no resultant permanent impairment of function, and no need for future treatment. It is difficult to understand why Mr. Qari was unable to work within two weeks of this event.

Mr. Qari's testimony that prior to this motor vehicle accident, he "maybe had some back problem, maybe had a shoulder problem, maybe had some other problem... had an MRI to find out if I had a, you know, any problem with my back or whatever, you know [sic]," suggests pre-existing conditions of a similar nature.

Peer Review
Abdul Wahab Qari
March 1, 2007
Page Three

Considering that the electro-diagnostic test finding of a right carpal tunnel syndrome lacked clinical correlation with the opposite left sided subjective hypoesthesia, it is my opinion that his diabetes, a condition often associated with peripheral neuropathy, represented a more reasonable alternative medical explanation for the incidental hypoesthesia findings reported by Dr. Azer. Furthermore, considering the absence of any recorded neurological complaints or objective neurological findings by Dr. Azer on January 3, 2005, and the fact that the electodiagnostic studies were apparently performed without a specific order by any neurological consultant or treating physician, it is my opinion that the medical necessity for these studies lacked supporting documentation.

Furthermore, it is my opinion that no causal relationship has been established between this motor vehicle accident and the medical necessity for the DEXA scan, a study usually performed to evaluate bone density, or for the pre-mature soft tissue corticosteroid injections performed by Dr. Azer at the time of the initial visit.

Finally, considering the fact that Dr. Azer's billing statements reflected adjustments of his charges by Medicare payments, it would appear that he was a participating physician in that Federal program. As such, he would be obligated to accept assignment on all Medicare claims for covered services and supplies. It is therefore my opinion, that his charges exceeded these mandatory guidelines.

These opinions have been submitted within a reasonable degree of medical certainty.

Richard H. Conant, M.D., F.A.C.S.
RHC/mts/ajm/111642

## Richard H. Conant, M.D., F.A.C.S.

*Chevy Chase Building*
*5530 Wisconsin Avenue, Suite 1660*
*Chevy Chase, MD 20815-4430*

*301-657-9876*

**Board Certification:** American Board of Orthopaedic Surgery, 1971
American Board of Forensic Medicine, 1995

**State Licensures:** Maryland, District of Columbia, Pennsylvania and New Jersey

**Professional Appointments:** Georgetown University Medical Center, Washington, D.C.
   *Assistant Professor of Surgery (Orthopedic Surgery), 1975 - present*
American University, Washington, D.C.
   *Team Physician, 1972 - 1989*

**Hospital Staff Appointments:** Sibley Memorial Hospital, Washington, D.C.
   *Senior Attending*
   *Executive Committee of the Medical Staff, 1984 - 1986*
Suburban Hospital, Bethesda, MD

**Professional Societies:** American Academy of Orthopaedic Surgeons, 1973
American College of Surgeons, 1972

**Medical Societies:** Montgomery County Medical Society, 1969 - present
Medical Society of State of Maryland (Med Chi) 1969 - present
Board of Physician Quality Assurance Consultant

**Education:** Rutgers University, New Brunswick, NJ
   *B.A., Biological Sciences, cum laude, 1959*
State University of New York, College of Medicine, Syracuse, NY
   *M.D., 1963*
Harvard Medical Center, Beth Israel Hospital, Boston, MA, 1963 - 1965
   *Internship, General Surgery, 1963 - 1964*
   *Residency, General Surgery, 1964 - 1965*
Georgetown University Medical Center, Washington, D.C.
   *Residency, Orthopedic Surgery, 1967 - 1969*

**Military Service:** U.S. Air Force (Captain), Shepherd AFB, Wichita Falls, TX
   *Orthopedic Surgical Service, 1965 - 1967*

**Awards:** AMA Physician's Recognition Award (CME)
Georgetown University Vicennial Award

**Publication:** GP. "Spondylolisthesis," 1969

American Board of Orthopaedic Surgery

American Academy of Orthopaedic Surgeons

# Richard H. Conant, M.D., F.A.C.S.

*Chevy Chase Building*
*5530 Wisconsin Avenue • Suite 1660*
*Chevy Chase, Maryland • 20815-4430*

301-657-9876 • (Fax) 664-5979

## 2006 TRIAL TESTIMONY

**Circuit Court**
**Montgomery County, Maryland**

Augustina Enweze vs. Nguyen
Jean Byrnes vs. Shawn C. Jenkins
Silk vs. Liegerman
David Lowey vs. Giant Food et.al
Sandra Lozano-Rosa vs. Archdiocese of Washington*
Cecelia Ferguson vs. Marianne Henderson*
Board of Ed. of MC vs. Anita Murphy*
Farhad Arshadi vs. Langille*
Lesniewski vs. Silverberg, et al

**Superior Court of the District of**
**Columbia, Washington, D.C.**

Robert Todd vs. Michael Thomas*
Angela Jones vs. JBG Companies
Akinmolayan vs. Robert Smith*
Guzman vs. WMATA
Sims vs. WMTA*

**Circuit Court**
**Anne Arundel County, Maryland**

Yvette S. Woods vs. Vernon F. White, Jr.*

**Circuit Court**
**Calvert County, Maryland**

Dana A. Christ vs. State Farm Insurance Company and Michael B. Richards*

# 2006 Trial Testimony

**Circuit Court**
**Prince George's County, Maryland**

Robert Graham vs. Gary Staples
David Lowey vs. Giant Food et.al
Braylovskiv vs. Mays
Saleh vs. Gonzalez-Cantatrero
Cindy L. Tetreault vs. Lynn G. McKee*

**Circuit Court**
**Baltimore City, Maryland**

Jennifer Beatty vs. State Farm Ins.*
Mark Thanner vs. Drumcastle Apts.*
Letitia Downer vs. State Farm Ins.

**Circuit Court**
**Frederick County, Maryland**

Zewudu vs. Frederick Memorial Hospital*

*Video Deposition

American Board of Orthopaedic Surgery

American Academy of Orthopaedic Surgeons

# Richard H. Conant, M.D., F.A.C.S.

*Chevy Chase Building*
*5530 Wisconsin Avenue • Suite 1660*
*Chevy Chase, Maryland • 20815-4430*

*301-657-9876 • (Fax) 664-5979*

## 2005 TRIAL TESTIMONY

**Circuit Court**
**Montgomery County**

Doulaveris v. Martinez
Bette McMahon v. James Foley
Steve Agoussi, et al. v. WMATA
Fay Reed-Houser, et al. v. Kathleen Prada, et al.*
Dumais v. Hodge*
Stevenson v. Terrell*
Courtney v. State Farm Ins. Co.

**Superior Court of the**
**Circuit Court**
**District of Columbia**

Kenzie Locke v. Elizabeth A. Nino
Raul Torres-Caballeros, et al. v. Dina Martinez*
Alvena Johnson/Ralph Smith v. William Loza
Jeffrey H. Moser v. RLA Revitalization Corp.

**Circuit Court**
**Anne Arundel County**

Sofield v. Garnicki

**Circuit Court**
**Prince George's County**

Gary Croson v. William M. Kreuter, et al.
Cruz and Yolanda Falcon v.
George Sturgis v. ?*

**United States District Court**
**for the District of Maryland**

Pauline T. Agostinelli, et al. v
James A. Gaske, et al.*

**Circuit Court**
**Carroll County**

Shirley DeJoseph v. McDaniel College*

**Circuit Court**
**Baltimore City**

Winstead v. Payne

**Circuit Court**
**Frederick County**

Moss v. Slonaker*

**Circuit Court**
**Cabell County, WV**

Ezra C. Brogan v. ?

**Country Court at Law, Number Three**
**El Paso County, Texas**

Thomas Paul Wagner, Jr.*

*De Bene Esse Video Deposition

American Board of Orthopaedic Surgery

American Academy of Orthopaedic Surgeons

**Richard H. Conant, M.D., F.A.C.S.**

*Chevy Chase Building*
*5530 Wisconsin Avenue • Suite 604*
*Chevy Chase, Maryland • 20815-4430*

301-657-9876 • (Fax) 664-5979

# 2004 Trial Testimony

Circuit Court
Prince George's County

Eisele/Hipple v. Fish, et al

Superior Court of the
District of Columbia

Sherry Washington v. District of Columbia*
Joanne Beck v. U.S. Chamber of Commerce
Richard Phillips Jr. v. ?

Circuit Court
Montgomery County

Priscilla M. Langston v. Ronaldy Clark, et al.
Eslami v. Rodriguez*
Sean Ryan et al v. Theresa Krawczyk*
Kornegay v. Murrell*
Powell v. Estate of Robert Haas*

Circuit Court
Carroll County

Sanner v. Belt*

Circuit Court
Calvert County

John S. Coppin v. Robert McNally

Circuit Court
Jefferson County, Kentucky

Norton v. Kentucky Tie and
Lumber Co.

Circuit Court
Frederick County

Adam Seek v. Michael Milan*

Circuit Court
Cherokee County, NC

Florica Spence v. James Lipsey

(* Deposition Testimony)

American Board of
Orthopaedic Surgery

**Richard H. Conant, M.D., F.A.C.S.**

American Academy of
Orthopaedic Surgeons

*Chevy Chase Building*
*5530 Wisconsin Avenue • Suite 604*
*Chevy Chase, Maryland • 20815-4430*

301-657-9876 • (Fax) 664-5979

## 2003 COURT APPEARANCES

| | |
|---|---|
| Circuit Court<br>Anne Arundel County, Maryland | Superior Court of the District of Columbia<br>Washington, D.C. |
| Sofield v. Garnicki | Hostler v. Big Stuff, Inc. |
| Circuit Court<br>Montgomery County, Maryland | Circuit Court<br>Frederick, Maryland |
| Potric v. ?<br>Tesfamariam v. Ivanchevitch | Robins v. Hollas |

American Board of Orthopaedic Surgery

American Academy of Orthopaedic Surgeons

**Richard H. Conant, M.D., F.A.C.S.**

*Chevy Chase Building*
*5530 Wisconsin Avenue • Suite 604*
*Chevy Chase, Maryland • 20815-4430*

301-657-9876 • (Fax) 664-5979

## COURT APPEARANCES
## 2002

Circuit Court
Montgomery County

Anita Rivas vs. Stacey Williams

Circuit Court
Prince George's County

Iyoha v. State Farm

Circuit Court
Frederick, Maryland

Lenora Minton Hamm vs. Vanesa Palma

Circuit Court
Birmingham, Alabama

Helen Zaden vs. ?

SUPERIOR COURT
District of Columbia

Lane v. Newby