UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| | : |
| WASHINGTON METROPOLITAN AREA | : |
|  TRANSIT AUTHORITY | : |
| | : |
|    Defendant. | : |

PLAINTIFF'S MOTION TO STRIKE
DEFENDANT WMATA'S 26(a)(2) STATEMENT
WITH INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Abdul Wahab Qari, by and through undersigned counsel, hereby respectfully requests that this Court strike Defendant WMATA's 26(a)(2) statement and sets forth as follows:

1. Plaintiff filed suit in this matter on June 12, 2006. On September 12, 2006, Defendant WMATA filed an answer entering its appearance in this case.

2. After consideration of the parties' Local Rule 16.3 "meet and confer statement" this Court entered a scheduling order on November 17, 2006.

3. That order stated that, "all dates in the scheduling order are firm, may not be altered by the parties, and absent truly exceptional circumstances, will not be altered by the court."

4. The order also admonished the parties to read *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.,* 101 F.3d 145, 149-153 (D.C. Cir. 1996) (upholding the District Court's insistence on adherence to its scheduling order.)

5. Pursuant to this Court's scheduling order, discovery commenced on

November 17, 2006. The order also required that Plaintiff make available any expert reports within sixty (60) days of the beginning of the discovery period. Defendant WMATA was required to provide any expert reports within forty-five (45) days of service of Plaintiff's expert reports.

6. Plaintiff did not disclose any experts. Defendant WMATA filed a 26(a)(2) statement on March 5, 2007, disclosing Richard H. Conant, M.D., F.A.C.S. as a potential expert witness at trial.

7. In accordance with the scheduling order, Defendant WMATA was required to provide expert reports within 105 days of discovery's commencement. Defendant WMATA's expert reports were due on March 2, 2007.

8. Undersigned counsel has made good faith efforts to resolve this matter. On March 8, 2007 undersigned counsel contacted, Janice Coles, Defendant WMATA's counsel and requested that she voluntary withdraw the 26(a)(2) statement as untimely. Counsel declined to do so and offered no explanation for why the Court's Scheduling order was not complied with. The issue was raised again at a settlement conference on March 9, 2007. Defendant WMATA's counsel again declined to withdraw the untimely 26(a)(2) statement. Defendant WMATA has been given sufficient time to voluntarily withdraw the statement.

Wherefore, Plaintiff respectfully requests that the Court strike Defendant WMATA's untimely 26(a)(2) statement and prohibit Defendant WMATA from using the expert disclosed in that statement at trial.

Respectfully submitted,

_____
DANIEL T. McNAMARA
D.C. Bar No.: 494834
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, Defendant WMATA will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL T. McNAMARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| | : |
| WASHINGTON METROPOLITAN AREA | : |
| TRANSIT AUTHORITY | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of Plaintiff's Motion to Strike Defendant WMATA's 26(a)(2) statement, any opposition thereto, and the entire record in this matter it is hereby:

ORDERED, that Plaintiff's motion is GRANTED; and

FURTHER ORDERED, that Defendant WMATA is prohibited from calling Richard H. Conant, M.D., F.A.C.S. to testify as an expert witness at trial.

---

The Honorable Henry H. Kennedy, Jr.
Judge, United States District Court