UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-01072-HHK |

**WMATA'S OPPOSITION TO PLAINTIFF'S MOTION
TO STRIKE WMATA'S 26(a)(2) STATEMENT**

WMATA by and through counsel, hereby opposes Plaintiff's Motion to Strike its 26(a)(2) Statement and for reasons states as follows:

1. The scheduling order in this matter, as Plaintiff recognizes in his Motion, was issued on November 17, 2006 and required that Plaintiff make its expert report available within 60 days of the beginning of the discovery period.  WMATA, by the same order, was required to make its expert reports available within 45 days of service of Plaintiff's expert reports.

2. On Monday, March 5, 2007, WMATA filed its 26(a)(2) Statement, which named Richard Conant, M.D, F.A.C.S., as its medical expert for trial in this matter.

3.  Plaintiff alleges that WMATA's last day to file its 26(a)(2) Statement would have been the preceding Friday, March 2, 2007. Plaintiff does not claim any prejudice as a result of what Plaintiff alleges is a one-day-late filing of WMATA's Expert Statement, just that WMATA filed it one day late.  However, Plaintiff has ignored the Court's order which indicates that WMATA was to disclose its report within 45 days of <u>service</u> of Plaintiff's expert report, and fails

to count the three additional days for service under the rules.

    4.  Pursuant to Rule 6(e) of the Federal Rules of Civil Procedure, "whenever a party must or may act within a prescribed period after service" then 3 days are added after the prescribed period would otherwise expire.

    5.  Although Friday, March 2, 2007 may be 105 days after the date of discovery, it is not the date by which WMATA's 26(a)(2) Statement was due, as it did not account for the additional 3 days WMATA would have under the rules of this Court.   Monday, March 5, 2007 -- the date on which WMATA filed its 26(a)(2) Statement -- was the correct date by which the Statement should, and was, filed by WMATA.

    Respectfully submitted,

    WASHINGTON METROPOLITAN AREA
     TRANSIT AUTHORITY

    __/s/_____
    Janice L. Cole  #440351
    Associate General Counsel - WMATA
    600 Fifth Street, N.W.
    Washington, D.C.  20001
    (202) 962-2543

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Opposition to Plaintiff's Motion to Strike WMATA's 26(a)(2)</u> was sent by first class mail this 5th day of April 2007  to:

Steven J. McCool #429369
Daniel T. McNamara #494834
Mallon and McCool LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006
(202) 393-7088

     /s/ Janice L. Cole
    Janice L. Cole #440351