UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

REPLY TO DEFENDANT WMATA'S OPPOSITION TO PLAINTIFF'S
MOTION TO STRIKE DEFENDANT WMATA'S 26(A)(2) STATEMENT
WITH INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Abdul Wahab Qari, by and through undersigned counsel, hereby replies to Defendant WMATA's Opposition to Plaintiff's Motion to Strike Defendant WMATA's 26(A)(2) statement and sets forth as follows:

1. Defendant WMATA did not completely convey Federal Rule of Civil Procedure 6(e) to the Court.

2. Defendant WMATA contends that "whenever a party must or may act within a prescribed period after service then 3 days are added after the prescribed period would otherwise expire". *See*, WMATA's Opp. p. 2.

3. Rule 6(e) authorizes an additional three days to act ***only*** if service is made under Federal Rule of Civil Procedure 5(b)(2)(B), (C), or (D). Fed. R. Civ. P. 6(e).[1] In the instant case, since service was not made under Federal Rule of Civil Procedure 5(b)(2)(B), (C), or (D), Defendant WMATA did not have an additional three days to

---

[1] Federal Rules of Civil Procedure 5(b)(2)(B), (C) and (D) authorize service by first class mail, by leaving a copy with the court clerk if no address is known, and by electronic means or other means consented to in writing by the person served. Plaintiff did not serve a 26(a)(2) statement in any of these manners.

1

serve its 26(a)(2) statement.

4.   All dates in the Court's scheduling order were firm.  Defendant WMATA's 26(a)(2) statement was untimely and should be stricken.

Wherefore, Plaintiff respectfully requests that the Court strike Defendant WMATA's untimely 26(a)(2) statement and prohibit Defendant WMATA from using the expert disclosed in that statement at trial.

                          Respectfully submitted,

                          _____/s/_____
                          DANIEL T. McNAMARA
                          D.C. Bar No.:  494834
                          Mallon & McCool, LLC
                          1776 K Street, N.W., Suite 200
                          Washington, D.C.  20006
                          (202) 393-7088

                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, Defendant WMATA will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL T. McNAMARA