UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| | : |
| WASHINGTON METROPOLITAN AREA | : |
|  TRANSIT AUTHORITY | : |
| | : |
|     Defendant. | : |

PLAINTIFF'S CONSENT MOTION TO CONTINUE
THE PRE-TRIAL CONFERENCE AND TRIAL DATES

Plaintiff, Abdul Wahab Qari, by and through undersigned counsel respectfully moves this Honorable Court to continue the trial date in the above-captioned case. In support of this motion, Plaintiff submits the following:

1. On or about June 22, 2007, Plaintiff, through undersigned counsel, agreed to the fundamental terms of a settlement agreement.

2. Plaintiff's cousin was recently killed during fighting in Afghanistan. He returned home for the funeral prior to being able to review and execute the release associated with the settlement agreement. Given the uncertain climate in Afghanistan it is unclear exactly when Plaintiff will be able to return. He anticipates returning at the end of July. This matter should resolve shortly thereafter.

3. On June 29, 2007, undersigned counsel contacted Janice Cole, Esq., counsel for defendant. Ms. Cole kindly indicated that she would consent to this motion.

WHEREFORE, Plaintiff respectfully requests that the pre-trial conference and trial dates in the above-referenced matter be continued for at least 60 days to a date

convenient for the Court.

                          Respectfully submitted,

                          _____/s/_____
                          DANIEL T. McNAMARA
                          D.C. Bar No.: 494834
                          Mallon & McCool, LLC
                          1776 K Street, N.W., Suite 200
                          Washington, D.C. 20006
                          (202) 393-7088

                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, Defendant WMATA will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL T. McNAMARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| | : |
| WASHINGTON METROPOLITAN AREA | : |
|  TRANSIT AUTHORITY | : |
| | : |
|    Defendant. | : |

### ORDER

Upon consideration of Plaintiff's Consent Motion to Continue the Trial Date, and the entire record in this matter it is hereby:

ORDERED, that Plaintiff's motion is GRANTED; and

FURTHER ORDERED, that the new pre-trial conference date shall be _____; and

FURTHER ORDERED, that the new trial date shall be _____.

_____
The Honorable Henry H. Kennedy, Jr.
Judge, United States District Court