UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI,<br><br>           Plaintiff,<br><br>      v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br>et al.,<br>           Defendants. | Civil Action 06-01072 (HHK) |

**ORDER**

Before the court is plaintiff's motion to strike defendant WMATA's 26(a)(2) statement with incorporated memorandum of points and authorities [#10]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 12th day of October 2007, hereby

**ORDERED** that the motion [#10] is **DENIED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge