UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


ABDUL WAHAB QARI                                    :
                                                    :
        Plaintiff,                                  :
                                                    :
        v.                                          : Civil Action No.: 06-cv-1072 HHK
                                                    :
WASHINGTON METROPOLITAN AREA                        :
 TRANSIT AUTHORITY                                  :
                                                    :
        Defendant.                                  :

CONSENT MOTION TO CONTINUE STATUS HEARING

        Plaintiff, Abdul Wahab Qari, by and through undersigned counsel respectfully

moves this Honorable Court to continue the status hearing in the above-captioned case.

In support of this motion, Plaintiff submits the following:

        1.      On or about June 22, 2007, Plaintiff, through undersigned counsel, agreed

to the fundamental terms of a settlement agreement.

        2.      Plaintiff, who is a native of Afghanistan, returned home for his cousin's

funeral prior to being able to review and execute the release associated with the

settlement agreement.  He had anticipated returning at the end of July, but has been

unable to travel due to the difficulties in Afghanistan.

        3.      The village that Plaintiff is in is very remote.  Plaintiff does not have any

email or facsimile capabilities and the system of regular mail is so unreliable as to be

non-existent.  In short, undersigned counsel has no way to get a copy of the settlement

agreement to Plaintiff for his signature.

        4.      Plaintiff is able to telephone sporadically.  He has spoken to his wife and

daughter and is actively trying to return to the United States.  He believes that he may be

1

able to travel at the end of October.

5.        On October 19, 2007, undersigned counsel contacted Janice Coles, Esq., counsel for the defendant, and explained the situation.  Ms. Coles kindly agreed to the relief sought herein.  The parties do not wish to waste the Court's resources as the case has effectively settled, and is only awaiting Plaintiff's signature.

WHEREFORE, Plaintiff respectfully requests that the status conference scheduled for October 26, 2007 be continued for at least 60 days to a date convenient for the Court.

Respectfully submitted,


_____/s/_____
DANIEL T. McNAMARA
D.C. Bar No.:  494834
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 393-7088

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, Defendant WMATA will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL T. McNAMARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL WAHAB QARI                                :
                                                :
    Plaintiff,                              :
                                                :
    v.                                      : Civil Action No.: 06-cv-1072 HHK
                                                :
WASHINGTON METROPOLITAN AREA                    :
 TRANSIT AUTHORITY                             :
                                                :
    Defendant.                              :

## ORDER

Upon consideration of Plaintiff's Consent Motion to Continue Status Hearing, and

the entire record in this matter it is hereby:

ORDERED, that Plaintiff's motion is GRANTED; and

FURTHER    ORDERED,    that    a    status    hearing    shall    be    held    on

_____.


                                                    _____
                                                    The Honorable Henry H. Kennedy, Jr.
                                                    Judge, United States District Court