UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAHAB QARI | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-cv-1072 HHK |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a), Abdul Wahab Qari hereby dismisses his claims in this action with prejudice.

CONSENTED AND AGREED TO:

_____/s/_____            _____/s/_____
DANIEL T. McNAMARA                    JANICE L. COLE
D.C. Bar No.: 494834                  D.C. Bar No.: 440351
Mallon & McCool, LLC                  Associate General Counsel
1776 K Street, N.W., Suite 200        WMATA
Washington, D.C. 20006                600 5th Street, NW
(202) 393-7088                        Washington, DC 20001

Attorney for Plaintiff                Attorney for Defendant